## Commonwealth v. Davenport, Appellant.

Argued March 21, 1973. *Samuel W. Salus, II,* Public Defender, with him *Stephen R. Signore, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Delano, Appellant.

Argued March 21, 1973. *Elliott Tolan,* with him *Mark A. Lublin,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.